IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA L. PARSELLS, )<br>           )<br>   Plaintiff, )<br>           )<br>vs.           )<br>           )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of the Social Security  )<br>Administration,       )<br>           )<br>   Defendant. )| Case No. CIV-10-1223-M |

**ORDER**

  On November 22, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. § 416(i), 423, 1382. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by December 12, 2011. Plaintiff has not filed any objections.

  Having carefully reviewed this matter de novo, the Court:

  (1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on November 22, 2011, and

  (2)  AFFIRMS the decision of the Commissioner.

  **IT IS SO ORDERED this 20th day of December, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE